1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS**


                                    **Plaintiffs,**

            **v.**

**PLATINUM MOTORS OF SAN DIEGO, INC; ASHNEEY, LLC; COLUMBIA PROPERTIES SAN DIEGO, LLC;** And **DOES 1 THROUGH 10, Inclusive**


                                    **Defendants.**

**Case No.: 06cv1915 BTM (NLS)**

**ORDER GRANTING JOINT MOTION OF DISMISSAL AND DISMISSAL WITH PREJUDICE OF DEFENDANTS PLATINUM MOTORS OF SAN DIEGO, INC; ASHNEEY, LLC; and COLUMBIA PROPERTIES SAN DIEGO, LLC FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.**

[Fed.R.Civ.P. Rule 41(a)(2)]

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    **IT IS HEREBY ORDERED** that DEFENDANTS PLATINUM MOTORS OF SAN

2    DIEGO, INC; ASHNEEY, LLC; and COLUMBIA PROPERTIES SAN DIEGO, LLC are

3    dismissed with Prejudice from Plaintiffs' Complaint, Case Number: 06cv1915 BTM (NLS).

4    Additionally, Plaintiffs' Civil Complaint is dismissed in its entirety.

5

6    **IT IS SO ORDERED.**

7

8    Dated:  5/2/07

9    HON.  BARRY  TED  MOSKOWITZ
     UNITED  STATES  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: 06cv1915 BTM (NLS)